UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Catia Susana Merlano               Case No. 16-21940-RAM

              Debtor                        Chapter 7
_____/

**MOTION TO EXCUSE DEBTOR FROM COMPLETING THE FINANCIAL MANAGEMENT COURSE CERTIFICATE**

**COMES NOW,** the Debtor, Catia Susana Merlano, by and through her undersigned counsel, and moves to Excuse the Debtor from Completing the Financial Management Course, and as grounds states as follows:

1. On August 30, 2016 the instant case was filed.

2. On October 4, 2016, the Meeting of Creditors was held and concluded.

3. The Debtor passed away on or about October 14, 2016. (See "Exhibit A" – Debtor's Death Certificate).

4. Under 11 U.S.C. 727(a)(11), the Bankruptcy Code requires the Debtor to complete a personal financial management course with the exception if the Debtor is a person described in 11 U.S.C. 109(h)(4).

5. Under 11 U.S.C. 109(h)(4), the Debtor's death has resulted in such a disability that the Debtor will be unable to complete the course.

6. Pursuant to Rule 1016, the Death of a Debtor shall not abate a chapter 7 bankruptcy and the administration of the case should continue.

**WHEREFORE**, undersigned counsel prays that this Honorable Court grant its Motion and Excuse Debtor from completing the financial management course and any and all relief that is just.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing will be sent via CM/ECF and U.S. Mail on October 31, 2016:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
        Robert Sanchez, Esq., FBN#0442161