THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER - HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK

BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2016154243

**DATE ISSUED:** October 19, 2016

**STATE FILE DATE:** October 18, 2016

## DECEDENT INFORMATION

NAME: CATIA S MERLANO

DATE OF DEATH: October 14, 2016 SEX: FEMALE SSN: 5..  AGE: 067 YEARS

DATE OF BIRTH: [redacted] BIRTHPLACE: CARTAGENA, ...

PLACE OF DEATH: INPATIENT

FACILITY NAME OR STREET ADDRESS: MEMORIAL HOSPITAL MIRAMAR

LOCATION OF DEATH: MIRAMAR, BROWARD COUNTY, 33023

## SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

MARITAL STATUS: DIVORCED

SURVIVING SPOUSE NAME: NONE

RESIDENCE: 6711 SW 138TH CT APT NO. B, MIAMI, FLORIDA 33183, UNITED STATES COUNTY: MIAMI-DADE

OCCUPATION, INDUSTRY: OPERATOR, HEARTWARE

RACE: __White __Black or African American __Asian Indian __Chinese __Filipino __Native Hawaiian __Japanese __Korean __American Indian or Alaskan Native-Tribe: __Vietnamese __Other Asian: __Guamanian or Chamorro __Samoan __Other Pacific Isl. X Other: HISPANIC __Unknown

HISPANIC OR HAITIAN ORIGIN? YES, HISPANIC

EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED EVER IN U.S. ARMED FORCES? NO

## PARENTS AND INFORMANT INFORMATION

FATHER/PARENT: RAFAEL MERLANO

MOTHER/PARENT: CARLOTA MONTALVO

INFORMANT: FIDEL DEJESUS TORRES

RELATIONSHIP TO DECEDENT: SON

INFORMANT'S ADDRESS: 1610 K STREET NORTH EAST APT NO. 332, WASHINGTON, DISTRICT OF COLUMBIA 20002, UNITED STATES

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION: FLORIDA CREMATION
OPA-LOCKA, FLORIDA

METHOD OF DISPOSITION: CREMATION

FUNERAL DIRECTOR/LICENSE NUMBER: LORI H. DAVIS, F043177

FUNERAL FACILITY: HADLEY DAVIS FUNERAL HOME- OPA LOCKA F056037,
16505-16509 NW 27TH AVE, MIAMI GARDENS, FLORIDA 33054

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE

TIME OF DEATH (24 hr): 0005 DATE CERTIFIED: October 15, 2016

CERTIFIER'S NAME: BEATRICE MYRIAM CORBIN

CERTIFIER'S LICENSE NUMBER: ME121134

NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT APPLICABLE

## CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: NATURAL

CAUSE OF DEATH - PART I - and Approximate Interval: Onset to Death:

| | |
|---|---|
| a DISSEMINATED INTRAVASCULAR COAGULATION | N/A |
| b METASTATIC UTERINE CANCER (UNDERLYING CAUSE) | 1 YEAR |
| c SEVERE METABOLIC ACIDOSIS | |
| d LACTIC ACIDOSIS | |

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

AUTOPSY PERFORMED? NO  AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?

DATE OF SURGERY: DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN

REASON FOR SURGERY:

IF FEMALE, NOT PREGNANT WITHIN PAST YEAR

DATE OF INJURY: NOT APPLICABLE TIME OF INJURY (24 hr): INJURY AT WORK?

LOCATION OF INJURY:

DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:

IF TRANSPORTATION INJURY, Status of Decedent: Type of Vehicle:

State Registrar REQ: 2017492362

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

*5518006 9*

DH FORM 1947 (03-13)

CERTIFICATION OF VITAL RECORD

Florida HEALTH

VOID IF ALTERED OR ERASED